IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANIECE KINZLE, personal representative of the estate of KREG KINZLE, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA METHODIST HOSPTIAL,<br><br>Defendant. | **8:24CV258**<br><br><br>**ORDER FOR CONSOLIDATION** |
| JANIECE KINZLE, personal representative of the estate of KREG KINZLE, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY E. DONOVAN,<br><br>Defendant. | **8:25CV554**<br><br><br>**ORDER FOR CONSOLIDATION** |

This is before the Court on Plaintiff Janiece Kinzle's Motion to Consolidate filed in each of the above-captioned cases. Defendants have not filed a response to the motion and the time to do so has passed. After review of the pleadings and the Plaintiff's motions, the Court finds that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motions to Consolidate (Filing No. 45 in Case No. 8:24cv258; Filing No. 22 in Case No. 8:25cv554) are granted.
2. The above-captioned cases are consolidated for all stages of the case prior to appeal, including trial.
3. The Court designates Case No. 8:24cv258, Kinzle v. Nebraska Methodist Hospital as the "Lead Case," and Case No. 8:25cv554, Kinzle v. Donovan is designated as a "Member Case."
4. The Court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. The parties are instructed to file in the Lead Case, 8:24cv258, Kinzle v. Nebraska Methodist Hospital, and to select the option "yes" in response to the System's question of whether to spread the text.
5. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal.
6. If a party believes that an item in addition to those described in paragraph 5 should not be filed in both of these consolidated cases, the party must move for permission to file the item in only one of the cases. The motion must be filed in both of the consolidated cases using the spread text feature.

Dated this 8th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge